Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **MYRIAM ALMARAZ,** | **Case No.:** 2:14-cv-00699-GMN-GWF |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **THE CBE GROUP, INC., a subsidiary of CBE COMPANIES; and CBE COMPANIES, INC.** | |
| Defendants. | |

1  **NOTICE IS HERBY GIVEN** that the dispute between MYRIAM ALMARAZ ("Plaintiff") and Defendants THE CBE GROUP, INC. and CBE COMPANIES, INC. (jointly as "CBE") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against CBE, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after August 21, 2015 for filing a Dismissal.

Dated: June 22, 2015

RESPECTFULLY SUBMITTED,

By: /s/ Danny J. Horen_____
DANNY J. HOREN, ESQ.
ATTORNEY FOR PLAINTIFF

**IT IS SO ORDERED**

Dated:  June 23, 2015

_____
Gloria M. Navarro, Chief Judge
United States District Court

## PROOF OF SERVICE

Pursuant to LR 5-1, I hereby certify that on the 22nd day of June 2015, service of the foregoing **NOTICE OF SETTLEMENT** was served via ECF to Defendant's counsel, addressed as follows:

| Counsel of Record | Contact | Party |
|---|---|---|
| Robert E. Schumacher, Esq.<br><br>Gordon & Rees LLP<br>3770 Howard Hughes Pkwy, Ste. 100<br>Las Vegas, NV 89169 | F: 702-255-2858<br><br>rschumacher@gordonrees.com | Defendant |
| Megan H. Hummel, Esq.<br><br>Gordon & Rees LLP<br>3770 Howard Hughes Pkwy, Ste. 100<br>Las Vegas, NV 89169 | F: 702-255-2858<br><br>mhummel@gordonrees.com | Defendant |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

BY: \_/S/ DANNY HOREN\_\_
DANNY J. HOREN, ESQ.
KAZEROUNI LAW GROUP, APC